IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLENN NORRIS**                                                              **PLAINTIFF**

**v.**                                   **Case No. 4:18-cv-00337-KGB**

**KOHLER CO.**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Glenn Norris's complaint is dismissed with prejudice. The relief sought is denied.

So adjudged this 2nd day of November, 2020.

                                                               Kristine G. Baker
                                                               United States District Judge